

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400



**WILLIAM M. MCCOOL**
District Court Executive
Clerk of Court

**LORI LANDIS**
Chief Deputy Clerk

April 12, 2016

King County Superior Court
516 - 3rd Ave, Room E609
Seattle, WA 98104

RE:   Moun Keodalah, et al v. Allstate Insurance Co, et al, C15-1412 RAJ
       King County Superior Court, 15-00002-18663-9 SEA

Dear Clerk:

Enclosed is a certified copy of Judge Richard A. Jones's Order remanding this case to State Court as well as the docket sheet. Please be advised that the US District Court no longer provides a copy of the record when remanding.

Please return the copy of this cover letter with the following information:

Superior Court Case No:          15-00002-18663-9 SEA

Assigned to Judge:               _____

Completed by Deputy Clerk:       _____

Sincerely,
Rhonda Stiles, Deputy Clerk

Enclosures

cc:   all counsel
      court file

**OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300**

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA  98101-9906

C15-1412-RAJ

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

